# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SETH H. STEINMAN,

           Appellee

           v.

TYREE C. BLOCKER, COMMISSIONER
OF THE PENNSYLVANIA STATE POLICE
OF THE COMMONWEALTH OF
PENNSYLVANIA,

           Appellant

:  No. 1 EAP 2020
:
:  Appeal from the order of
:  Commonwealth Court dated
:  November 15, 2019 at 255 MD
:  2018.
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                        **DECIDED:  March 25, 2021**

      **AND NOW,** this 25th day of March, 2021, the order of the Commonwealth Court is

**REVERSED**.  *See Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020) (holding

Subchapter I of Sex Offender Registration and Notification Act, 42 Pa.C.S. §§9799.51-

9799.75, does not constitute criminal punishment and therefore does not violate

constitutional prohibition against *ex post facto* laws).  *See also Commonwealth v. Butler*,

226 A.3d 972, 993 (Pa. 2020) (court on remand to consider remaining claims not

addressed).